Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman
*jeffrey.saltman@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015
(202) 362-3500

David M. Saunders (SBN 260742)
*david.saunders@fischllp.com*
FISCH SIGLER LLP
96 North Third Street
Suite 260
San Jose, CA 95112
(650) 362-8200

*Attorneys for Plaintiff Realtime Data, LLC d/b/a IXO*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALTIME DATA, LLC d/b/a IXO<br><br>　　　　　Plaintiff<br><br>　v.<br><br>APPLE, INC.<br><br>　　　　　Defendant. | Case No. 3:16-cv-02595<br><br>JOINT STIPULATION OF VOLUNTARY PARTIAL DISMISSAL |

　　　　Through counsel below, plaintiff Realtime Data, LLC d/b/a/ IXO and defendant Apple, Inc., hereby stipulate to dismiss, without prejudice, Count Four of the Complaint for infringement of U.S. Patent No. 7,415,530.  Each party shall bear its own attorneys' fees and costs with regard to Count Four.

Respectfully submitted,

DATE: July 18, 2016                **FISCH SIGLER LLP**

BY: */s/ R. William Sigler*
R. William Sigler

ATTORNEYS FOR: Realtime Data, LLC d/b/a IXO
*Plaintiff*

DATE: July 18, 2016                **FISH & RICHARDSON PC**

BY: */s/ Katherine Vidal*

ATTORNEYS FOR: Apple, Inc.
*Defendant*

Katherine Vidal (SBN 194971 / vidal@fr.com)
Betty H. Chen (SBN No. 290588 / bchen@fr.com)
Matthew R. McCullough (SBN 301330 / mccullough@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

OF COUNSEL:
Thomas M. Melsheimer (melsheimer@fr.com)
Michael A. Bittner (bittner@fr.com)
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

1  John Brinkmann (brinkmann@fr.com)
2  1221 McKinney Street, Suite 2800
   Houston, TX 77010
3  Telephone: (713) 654-5300
   Facsimile: (713) 652-0109
4
5  Attorneys for Defendant
   APPLE INC.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
                                        3                    Stipulation of Partial Dismissal
28                                                           Case No. 3:16-cv-02595

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By: /s/ *R. William Sigler*
R. William Sigler