Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman
*jeffrey.saltman@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015
(202) 362-3500

David M. Saunders (SBN 260742)
*david.saunders@fischllp.com*
FISCH SIGLER LLP
96 North Third Street
Suite 260
San Jose, CA 95112
(650) 362-8200
*Attorneys for Plaintiff Realtime Data, LLC*
*d/b/a IXO*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALTIME DATA, LLC d/b/a IXO<br><br>                    Plaintiff<br><br>        v.<br><br>APPLE, INC.<br><br>                    Defendant. | Case No. 3:16-cv-02595<br><br>JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |

        Pursuant to Civil Local Rules 6-2 and 7-12, and through counsel below, plaintiff Realtime

Data, LLC d/b/a/ IXO and defendant Apple, Inc., hereby stipulate that the initial case management

conference, currently scheduled for August 31, 2016, be continued to September 7, 2016, at 1:30

p.m., or the next available date convenient for the Court, and that the parties submit a joint case management statement at least seven days prior to September 7, 2016 or other available date.

   In accordance with Civil Local Rule 16-10, the initial case management conference was set for August 17, 2016 by the Honorable Donna M. Ryu.  After the matter was reassigned to this Court, the initial case management conference was reset for August 31, 2016.   Good cause for a continuance of this date exists due to scheduling conflicts with hearings before the United States Patent & Trademark Office and the Eastern District of Texas in unrelated matters being handled by plaintiff's counsel, which were set in advance of the conference here.   There are no pending deadlines aside from the initial case management conference, and thus a continuance would not require any additional modifications to the existing case management schedule.


                                                    Respectfully submitted,


DATE:  July 18, 2016                        **FISCH SIGLER LLP**


                                    BY:  /s/ R. William Sigler
                                         R. William Sigler


                        ATTORNEYS FOR:   Realtime Data, LLC d/b/a IXO
                                              *Plaintiff*


DATE:  July 18, 2016                        **FISH & RICHARDSON PC**


                                    BY:  /s/ Katherine Vidal


                        ATTORNEYS FOR:   Apple, Inc.
                                              *Defendant*

1
2
3
4
5

Katherine Vidal (SBN 194971 / vidal@fr.com)
Betty H. Chen (SBN No. 290588 / bchen@fr.com)
Matthew R. McCullough (SBN 301330 / mccullough@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

6
7
8
9
10

OF COUNSEL:
Thomas M. Melsheimer (melsheimer@fr.com)
Michael A. Bittner (bittner@fr.com)
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

11
12
13
14
15

John Brinkmann (brinkmann@fr.com)
1221 McKinney Street, Suite 2800
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109

Attorneys for Defendant
APPLE INC.

16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation to Continue Initial CMC
Case No. 3:16-cv-02595

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By: /s/ *R. William Sigler*
R. William Sigler

Stipulation to Continue Initial CMC
Case No. 3:16-cv-02595