Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REALTIME DATA, LLC D/B/A/ IXO

           Plaintiff(s),

  v.

APPLE INC.

           Defendant(s).

Case No: 3:16-cv-02595

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3)

I, Michael A. Bittner, an active member in good standing of the bar of the Northern District of TX, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Apple, Inc. in the above-entitled action. My local co-counsel in this case is Katherine Vidal, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1717 Main Street, Suite 5000<br>Dallas, Texas 75201 | 500 Arguello Street, Suite 500<br>Redwood City, CA 94063 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (214) 747-5070 | (650) 839-5070 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| bittner@fr.com | vidal@fr.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24064905.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 01/23/17

                          Michael A. Bittner
                              APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Michael A. Bittner is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/27/17

UNITED STATES DISTRICT/MAGISTRATE JUDGE